| | |
|---|---|
| 1 | Rick Bergstrom (State Bar No. 169594) |
| 2 | Koree Blyleven (State Bar No. 294489) |
|   | JONES DAY |
| 3 | 12265 El Camino Real |
|   | Suite 200 |
| 4 | San Diego, CA  92130.4096 |
|   | Telephone:    +1.858.314.1200 |
| 5 | Facsimile:    +1.858.314.1150 |
|   | Email:        rjbergstrom@JonesDay.com |
| 6 | Email:        kblyleven@JonesDay.com |
| 7 | Attorneys for Defendant |
|   | MICRON CONSUMER PRODUCTS GROUP, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ISAAK van KEMPEN, an individual, | CASE NO. |
| Plaintiff, | **MICRON CONSUMER PRODUCTS GROUP, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |
| v. | |
| MICRON CONSUMER PRODUCTS GROUP, INC., a corporation, and DOES 1 through 25, inclusive, | [28 U.S.C. §§ 1331, 1441, and 1446] |
| Defendants. | |

CASE NO. _____

**MICRON'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** defendant Micron Consumer Products Group, Inc. ("Defendant" or "Micron") hereby removes this matter from the Santa Clara Superior Court to the United States District Court for the Northern District of California, San Jose Division, pursuant to 28 U.S.C. § 1331, § 1441, and § 1446. The grounds for removal are set forth below.

### Allegations in Complaint

1. On or about July 18, 2016, Plaintiff Isaak van Kempen ("Plaintiff") filed a Complaint (the "Complaint") in the Superior Court of the State of California for the County of Santa Clara ("Superior Court"), Case No. 16-CV-297748, captioned *Isaak van Kempen, an individual v. Micron Consumer Products Group, Inc. a Corporation, and DOES 1 through 25, inclusive, Defendants.* In his Complaint, Plaintiff asserts claims for violations of the federal Family and Medical Leave Act (29 §§ U.S.C. 2614(a) and 2615(a)(2), (b)); Wrongful Termination in Violation of Public Policy based on the federal Family and Medical Leave Act ("FMLA") and the California Family Rights Act ("CFRA"); Age Discrimination (California Government Code § 12940); Wrongful Termination in Violation of Public Policy based on age discrimination; and Retaliation based on the exercise of CFRA rights. Plaintiff seeks general, special, punitive, and liquidated damages, as well as interest, attorneys' fees, and costs. (Complaint, Prayer for Relief).

### Compliance with Statutory Requirements

2. On July 19, 2016, Plaintiff served Defendant with the Complaint.

3. On August 11, 2016, Defendant filed an answer to the Complaint in Superior Court.

4. Defendant's removal of this action is timely because Defendant is removing this matter within 30 days of Plaintiff's completion of service. *See* 28 U.S.C. § 1446(b).

5. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit A are true and correct copies of all process, pleadings, and orders served upon Defendant in this action, and attached as Exhibit B is the answer filed in Superior Court by Defendant.

1        6.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal of the Action to Plaintiff, and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Santa Clara.

**Intradistrict Assignment**

      7.     Plaintiff filed this case in the Superior Court of California, County of Santa Clara; therefore, this case may properly be removed to the San Jose Division of the Northern District of California. *See* 28 U.S.C. § 1441(a); Civil L. R. 3-2(c), (e), 3-5(b).

**Jurisdiction**

      8.     This Action invokes the Court's original jurisdiction under 28 U.S.C. § 1331, and can be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, because Plaintiff asserts claims in the Complaint based on the federal Family and Medical Leave Act that arise under the laws of the United States, namely, 29 U.S.C. §§ 2614(a) and 2615(a)(2), (b).

      9.     This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over Plaintiff's remaining state law claims because they arise from the same series of events (*i.e.*, the alleged events leading up to and including the termination of Plaintiff's employment) so as to form part of the same case or controversy under Article III of the United States Constitution. Indeed, all of Plaintiff's claims for relief arise out of the alleged wrongful termination of his employment and are thus inextricably intertwined with Plaintiff's federal law claims so as to form part of the same case or controversy.

WHEREFORE, the above-titled action is hereby removed to this Court from the Superior Court of the State of California, County of Santa Clara.

Dated: August 12, 2016                           Jones Day

By: */s/ Rick Bergstrom*
     Rick Bergstrom

Attorneys for Defendant
MICRON CONSUMER PRODUCTS GROUP, INC.

NAI-1501668585