# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ISAAK van KEMPEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICRON CONSUMER PRODUCTS GROUP, INC., a corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO. 16-cv-04612-NC**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court having reviewed the Joint Stipulation to Dismiss the entire action and each and every cause of action therein with Prejudice, filed by Defendant Micron Consumer Products Group, Inc. and Plaintiff Isaak van Kempen, and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiff's entire Complaint and each and every cause of action alleged therein is dismissed with prejudice.

2. The Court directs the clerk to close this case.

**IT IS SO ORDERED.**

Dated: August 4, 2017

_____
The Honorable N
United States Ma

GRANTED
Judge Nathanael M. Cousins

NAI-1502847269v1

CASE NO. 16-CV-04612-NC     1     ORDER DISMISSING ACTION WITH PREJUDICE